UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE No. 11-21560-CIV-JORDAN

| | |
|---|---|
| MANUEL E. RIVAS, | ) |
| Plaintiff | ) ) |
| vs. | ) |
| ALLIED INTERSTATE, LLC, | ) ) |
| Defendant | ) |
| _____ | ) |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE**

In light of the joint stipulation for dismissal [D.E. 21], this case against Allied Interstate, LLC is DISMISSED WITHOUT PREJUDICE, each party to bear its own fees and costs.

All pending motions are denied as moot. This case is closed

DONE and ORDERED in chambers in Miami, Florida, this 23rd day of August, 2011.

_____
Adalberto Jordan
United States District Judge

Copy to:    All Counsel of Record